ACCEPTED
03-14-00340-CV
5451028
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 12:22:07 PM
JEFFREY D. KYLE
CLERK

# MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Michael T. Sullivan**
Direct Tel +1 312 701 7251
Direct Fax +1 312 706 8689
msullivan@mayerbrown.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 12:22:07 PM
JEFFREY D. KYLE
Clerk

May 28, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX  78711-2547

Re:     Case No. 03-14-00340-CV

*Appellants, CPS Energy, Time Warner Cable
Texas LLC and Southwestern Bell Telephone
Company d/b/a AT&T/Cross Appellant, Public
Utility Commission of Texas v. Appellee, Public
Utility Commission of Texas/Cross Appellee, CPS
Energy, Time Warner Cable Texas LLC and
Southwestern Bell Telephone Company d/b/a
AT&T*

Dear Mr. Kyle:

On May 8, 2015, Southwestern Bell Telephone Company d/b/a AT&T Texas ("AT&T") and Time Warner Cable Texas LLC ("TWC") filed its Joint Response.  In that Joint Response, AT&T and TWC argued that the Public Utility Commission of Texas' ("Commission") determination that Public Utility Regulatory Act ("PURA") § 54.204 automatically incorporates revisions to the Federal Communications Commission's ("FCC") Telecom Formula was a declaratory judgment, not an "advisory opinion," and that CPS has standing to appeal. Specifically, AT&T and TWC argued that the Commission's determination resolved a pure legal issue: the clarification of the meaning of the statute, and the parties' rights under that statute, without dependence on hypothetical or theoretical future events – a circumstance that courts find as a proper subject for a declaratory judgment.  *See* Joint Response, pp. 4-6, citing *State v. Montgomery Cnty.,* 338 S.W.3d 49, 57-58 (Tex. App.—Beaumont 2011, pet. denied); *Bexar Metropolitan Water Dist. v. City of Bulverde,* 156 S.W.3d 79, 88 (Tex. App.—Austin 2005, pet. denied); *Brennan v. City of Willow Park,* 376 S.W.3d 910, 922 (Tex. App.—Fort Worth 2012, pet. denied.)

In its brief filed on May 22, 2015, the Commission correctly notes that the Joint Response cites a brief, instead of a Commission decision, in Docket No. 36763, *Complaint of Chermac Energy Corp. Regarding Certain Qualifying Facilities Under PURPA.*  The purpose of

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

Jeffrey D. Kyle, Clerk
May 28, 2015
Page 2

this letter is to apologize to the Court for the error in the Joint Response. Despite our sincere regret, AT&T's and TWC's basic position remains firmly grounded in applicable law, including the other decisions cited in the Joint Response at pages 4-8. *See, e.g.*, *City of Waco v. Texas Natural Resource Conservation Commission,* 83 S.W.3d 169, 178 (Tex. App.—Austin 2002, pet. denied) ("Because we find that the City's declaratory judgment request turns on a purely legal issue, we reverse the order of dismissal and remand this cause for consideration of the issue presented."); *Bexar Metropolitan Water Dist.,* 156 S.W.3d at 88 ("Declaratory-judgment actions are intended to determine the rights of parties when a controversy has arisen, before any wrong has actually been committed, and are preventative in nature.").

We respectfully thank the Court for its consideration of this matter and regret any inconvenience that this may have caused.

Sincerely,

/s/ Michael T. Sullivan

Michael T. Sullivan

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically and/or by regular U.S. mail upon the following attorneys of record on this 28th day of May, 2015.

/s/ Michael T. Sullivan

**Counsel for Public Utility Commission of Texas:**

Douglas Fraser
Kellie E. Billings-Ray
Megan M. Neal
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-02548
Phone: (512) 463-2012
Fax: (512) 457-4610
douglas.fraser@texasattorneygeneral.gov
kellie.billings-ray@texasattorneygeneral.gov
megan.neal@texasattorneygeneral.gov

**Counsel for Time Warner Cable Texas LLC:**

Valerie P. Kirk
Melissa Lorber
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, Texas 78701
Phone: (512) 615-1200
Fax: (512) 615-1198
vkirk@enochkever.com
mlorber@enochkever.com

**Counsel for CPS Energy:**

Curt D. Brockman
CPS Energy
145 Navarro
P.O. Box 1771
San Antonio, TX 78296
Phone: (210) 353-5689
Fax: (210) 353-6832
cdbrockman@cpsenergy.com

**Counsel for Time Warner Cable Texas LLC:**

J.D. Thomas
Paul A. Werner
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W.
11th Floor East
Washington DC 20005
Phone: (202) 218-0000
Fax: (202) 312-9504
dthomas@sheppardmullin.com
pwerner@sheppardmullin.com

**Counsel for CPS Energy:**

Alfred R. Herrera
Sean Farrell
HERRERA & BOYLE, PLLC
816 Congress Avenue, Suite 1250
Austin, TX 78701
Phone: (512) 474-1492
Fax:  (512) 474-2507
aherrera@herreraboylelaw.com
sfarrell@herreraboylelaw.com
mwood@herreraboylelaw.com
llindsey@herreraboylelaw.com